427 A.2d 1217

Rigby, Appellant v. Rigby.

Submitted April 11, 1979. Henry A. Hudson, Jr., for appellant; Leonard R. Reeves, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

April 18, 1980

427 A.2d 1217

Commonwealth v. Andrews, Appellant.

Argued September 12, 1979. Jules Zacher, for appellant; Thomas McGarrigle, Assistant District Attorney for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.